**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 586 MAL 2015

              Respondent    :

              :    Petition for Allowance of Appeal from
              :    the Order of the Superior Court

         v.            :

HOLLY OAKMAN,    :

              Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.